IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ____ D.C.
05 DEC 21 PM 1:55

THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| BOBBIE DAVIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 05-2782-Ma/P |
| ) | |
| WAL-MART STORES, INC., ) | |
| WAL-MART STORES EAST, INC. ) | |
| AND WAL-MART STORES EAST, L.P. ) | |
| ) | |
| Defendants. ) | |

## [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE

COME NOW the parties by and through Counsel and state to the Court that all the differences heretofore existing in this cause between all parties have been settled and that they are in agreement that all claims may be dismissed with prejudice.

IT IS, THEREFORE ORDERED, ADJUDGED AND DECREED that all matters existing between Plaintiff and Defendants are hereby dismissed with prejudice.

_____
JUDGE

Date: December 20, 2005

M CJS 916159 v1
2825865-000255 12/05/05

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 12-23-05

APPROVED:

*[signature]*

Clinton J. Simpson, Esquire (#20284)
Baker, Donelson, Bearman
Caldwell & Berkowitz, P.C.
165 Madison Avenue, Suite 2000
Memphis, TN 38103
(901) 526-2000
Attorney for Defendant Wal-Mart Stores, Inc.

*[signature]*

Archie Sanders, Esquire
The Cochran Firm Memphis
One Commerce Square, Suite 2600
Memphis, TN 38103
Telephone (901) 523-1222
Attorney for Plaintiff

2

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 5 in case 2:05-CV-02782 was distributed by fax, mail, or direct printing on December 23, 2005 to the parties listed.

---

Archie Sanders
THE COCHRAN LAW FIRM
One Commerce Square
26th Floor
Memphis, TN 38103

Jimmy Moore
CIRCUIT COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 224
Memphis, TN 38103

Clinton J. Simpson
BAKER DONELSON BEARMAN & CALDWELL
20th Floor
165 Madison Avenue
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT