UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 DEC 29 AM 10: 07

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

BOBBIE DAVIS,

    Plaintiff.

v.     Cv. No. 05-2782-Ma

WAL-MART STORES, INC.,
WAL-MART STORES EAST, INC.,
and WAL-MART STORES EAST, L.P.,

    Defendants.

## JUDGMENT

    Decision by Court. This action came for consideration before the Court. The issues have been duly considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is dismissed in accordance with the Order of Dismissal with Prejudice, docketed December 23, 2005.

**APPROVED:**

_/s/ signature_

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

December 28, 2005
DATE

THOMAS M. GOULD
CLERK

_/s/ signature_
(By) DEPUTY CLERK

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _____



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 6 in case 2:05-CV-02782 was distributed by fax, mail, or direct printing on December 30, 2005 to the parties listed.

---

Jimmy Moore
CIRCUIT COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 224
Memphis, TN 38103

Clinton J. Simpson
BAKER DONELSON BEARMAN & CALDWELL
20th Floor
165 Madison Avenue
Memphis, TN 38103

Archie Sanders
THE COCHRAN LAW FIRM
One Commerce Square
26th Floor
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT